UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC ANDREW PEREZ,

                Plaintiff,

-against-

DR. NEIL C. EVANS; JOHN OR JANE DOE SYSTEM ADMINISTRATOR; SHANAY WEBSTER; CAROL JOHNSON; DR. MARK J. MULLIGAN; GEORGE REED GRIMES,

                Defendants.

24-CV-0356 (VSB)

**ORDER OF SERVICE**

---

VERNON S. BRODERICK, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Dr. Neil C. Evans, Shanay Webster, Carol Johnson, Dr. Mark J. Mulligan, and George Reed Grimes. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court will dismiss the claims against Defendants under Rules 4

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   March 4, 2024
         New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge