UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ERIC ANDREW PEREZ,

                                **Plaintiff,**                              24-CV-00356 (VSB)(SN)

        -against-                                                          **ORDER**

**DR. NEIL C. EVANS, et al.,**

                                **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff Eric Andrew Perez is directed to serve the individual defendants, Dr. Neil C. Evans, Shanay Webster, Administrator Carole Johnson, and Director George R. Grimes, in their official capacities as required by Federal Rule of Civil Procedure 4(i). Specifically, the Plaintiff must "deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk" or "send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office" at 86 Chambers Street, 3rd Floor, New York, NY 10007. Fed. R. Civ. P. 4(i)(1)(A). Lastly, the Plaintiff is required to mail a copy of the summons and complaint to the Attorney General of the United States, at the Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001, by registered or certified mail. Fed. R. Civ. P. 4(i)(1)(B).

      If the Plaintiff seeks to amend his complaint, he may do so by April 30, 2024, and serve all of the federal officer defendants in accordance with Rule 4(i).

Plaintiff may seek assistance from the free NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York at (212) 659-6190.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 16, 2024
         New York, New York