**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 4/29/2024 ___
```

ERIC ANDREW PEREZ,

                                   **Plaintiff,**          24-CV-00356 (VSB)(SN)

          -against-                                        <u>**ORDER OF SERVICE**</u>

DR. NEIL C. EVANS, et al.,

                                   **Defendants.**

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court received Plaintiff Eric Andrew Perez's amended complaint filed on April 25, 2024. ECF No. 37.

      The Clerk of Court is directed to issue summonses as to Defendants Attorney General Damian Williams, Astra Zeneca LP, Astra Zeneca AB, Astra Zeneca Lmdt, Dr. Neil C. Evans, Carol Johnson, Melanie Jay, Dr. Mark J. Mulligan, and George Reed Grimes.

      Plaintiff is directed to serve the summons and amended complaint on <u>each</u> Defendant named on the amended complaint within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      For each non-government Defendant, the Plaintiff must serve a copy of the summons and amended complaint in accordance with Rule 4(e) or 4(h).

For each government Defendant sued in their official capacity, the Plaintiff must also serve the summons and amended complaint as required by Federal Rule of Civil Procedure 4(i). Specifically, the Plaintiff must:

(1) "deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk" or "send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office" at 86 Chambers Street, 3rd Floor, New York, NY 10007. Fed. R. Civ. P. 4(i)(1)(A); and

(2) mail a copy of the summons and complaint to the Attorney General of the United States, at the Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001, by registered or certified mail. Fed. R. Civ. P. 4(i)(1)(B).[1]

The Plaintiff may request that the Defendants waive formal service of summons by mailing two copies of the waiver, a copy of the amended complaint, and a stamped, self-addressed envelope for return to the Defendants. Fed. R. Civ. P. 4(d). A copy of the Waiver of the Service of Summons is attached.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 29, 2024
            New York, New York

---

[1] The Plaintiff previously sent a copy of the original complaint to the United States Attorney's Office at 86 Chambers Street, 3rd Floor, New York, NY 10007 but did not send a copy to the Department of Justice at 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-000. The Plaintiff is reminded that he must send a copy of the amended complaint to both the U.S. Attorney's Office in New York and the Department of Justice in Washington, D.C.