UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIC ANDREW PEREZ,

                              Plaintiff,

      -against-

DR. NEIL C. EVANS, et al.,

                             Defendants.
-----------------------------------------------------------------X

24-CV-00356 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court received the Plaintiff's request for summonses. ECF No. 40. Pursuant to the Court's April 29, 2024 Order, the Clerk of Court is directed to issue summonses as to Defendants Attorney General Damian Williams, Astra Zeneca LP, Astra Zeneca AB, Astra Zeneca Lmdt, Dr. Neil C. Evans, Carol Johnson, Melanie Jay, Dr. Mark J. Mulligan, and George Reed Grimes.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    May 6, 2024
              New York, New York