UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIC ANDREW PEREZ,

                                **Plaintiff,**

      -against-

DR. NEIL C. EVANS, et al.,

                                **Defendants.**

-----------------------------------------------------------------X

24-CV-00356 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Court received the Plaintiff's request for Waiver of Service. ECF No. 41. It appears that the Plaintiff signed the waiver, but the appropriate party to sign is the person or entity waiving the service. Therefore, the Waiver of Service is DENIED.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     May 6, 2024
               New York, New York