**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ERIC ANDREW PEREZ,

                          **Plaintiff,**

        -against-

DR. NEIL C. EVANS, et al.,

                         **Defendants.**

---------------------------------------------------------------X

24-CV-00356 (VSB)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 7/22/2024

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff has filed numerous requests for the issuance of pre-answer subpoenas. ECF Nos. 67-69,71-70. Generally, a "party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). . . ." Fed. R. Civ. P. 26. The government defendants have not filed an appearance, and Plaintiff has asserted that he has not yet served the non-government defendants. See ECF No. 72 ("Plaintiff has begun execution of service on international service. . . . Plaintiff states that the service to Astra Zeneca LP and Dr. Mulligan will be completed this week."). Accordingly, because the parties have not conferred as required by Rule 26(f), and because the Plaintiff has not otherwise established good cause, he is not entitled to pre-answer discovery. Absent good cause, Plaintiff shall not file any further discovery motions until the defendants have filed a response to the amended complaint.

2

Plaintiff's motions for pre-answer discovery are DENIED. The Clerk of Court is requested to terminate the motions at ECF No. 68 and 69.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 22, 2024
          New York, New York

2