UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIC ANDREW PEREZ,

                      **Plaintiff,**                    24-CV-00356 (VSB)(SN)

      -against-                                    **ORDER**

DR. NEIL C. EVANS, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Defendants filed three motions to dismiss on September 6, 2024. ECF Nos. 99, 101, 103. Accordingly, Plaintiff shall file one opposition brief in response to the motions by November 6, 2024. Plaintiff's opposition shall not exceed 40 double-spaced pages. Any replies shall be filed by November 20, 2024, and shall not exceed 10 double-spaced pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 9, 2024
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2024