UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERIC ANDREW PEREZ,

                      **Plaintiff,**

      -against-

DR. NEIL C. EVANS, et al.,

                      **Defendants.**

------------------------------------------------------------X

24-CV-00356 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Defendants filed three motions to dismiss on September 6, 2024. ECF Nos. 99, 101, 103. The Court ordered Plaintiff to file one opposition brief, not to exceed 40 double-spaced pages, in response to the motions by November 6, 2024. ECF No. 107. Plaintiff has not filed his opposition. Plaintiff is directed to submit an opposition, if any, to Defendants' motions to dismiss no later than November 18, 2024. Any replies shall be filed by December 2, 2024, and shall not exceed 10 double-spaced pages.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 12, 2024
              New York, New York