UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERIC ANDREW PEREZ,

                      **Plaintiff,**

        -against-

DR. NEIL C. EVANS, et al.,

                      **Defendants.**

------------------------------------------------------------X

24-CV-00356 (VSB)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2024

**SARAH NETBURN, United States Magistrate Judge:**

    Due to delays in the Court's docketing system, the Court had not received the Plaintiff's opposition brief at the time it issued its November 12, 2024 Order. Plaintiff's opposition brief has since been docketed and is timely. Defendants may file any reply briefs by November 26, 2024, which shall not exceed 10 double-spaced pages.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 14, 2024
                New York, New York