UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC ANDREW PEREZ,

                Plaintiff,

    -against-                         24 **CIVIL** 356 (VSB)(SN)

                                  **JUDGMENT**

DR. NEIL C. EVANS, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2025, Magistrate Judge Netburn's Report and Recommendation is ADOPTED in full. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion & Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a non-frivolous issue). The action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       September 25, 2025

                                                     **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**         *K. Mango*

                                                        **Deputy Clerk**