UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
ERIC ANDREW PEREZ,                           :
                                                    :
                      Plaintiff,        :
                                                    :          24-CV-356 (VSB) (SN)
            -against-                   :
                                                    :
DR. NEIL C. EVANS, *et al.*,             :          **ORDER**
                                                    :
                    Defendants.  :
                                                    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On September 25, 2025, I issued an Opinion & Order which dismissed this action in full with prejudice. (*See* Doc. 147.) I stated: "The Clerk of Court is respectfully directed to terminate Docs. 99, 101, 103, 141, 144, and 145, dismiss this action with prejudice, and close the case. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion & Order would not be taken in good faith and, therefore, in forma pauperis status is denied for purposes of an appeal." (*Id.* at 18.) That same day, the Clerk of Court entered a judgment noting that in forma pauperis status is denied for purposes of appeal, dismissing the action with prejudice, and closing the case. (Doc. 150.) On September 26, 2025, pro se Plaintiff filed a motion seeking to challenge the "Clerk's dismissal . . . without an order from the presiding judge." (Doc. 149.)

      Plaintiff misunderstands the nature of the judgment entered by the Clerk of Court. I issued an Opinion & Order dismissing Plaintiff's claims, and the Clerk of Court effectuated my Opinion & Order by entering a judgment at my direction. The Clerk of Court's action is ministerial in nature, not judicial. *See Black's Law Dictionary* (12th ed. 2024) (defining entry of

judgment as "[t]he ministerial recording of a court's final decision, [] by noting it in a judgment book or civil docket"). Therefore, Plaintiff's motion to challenge the Clerk's dismissal and request judicial review is DENIED.

Plaintiff also moves for permission to participate in electronic case filing. (Doc. 150.) I note that this case is closed and Plaintiff has filed an appeal, (*see* Doc. 151 (Notice of Appeal)), so Plaintiff should not need to file anything on this docket. Nonetheless, if Plaintiff seeks electronic filing privileges, he must fill out the Consent to Electronic Service Form, which is available on the webpage titled *Representing Yourself in Federal Court (Pro Se)* on the Southern District of New York's website, https://nysd.uscourts.gov/prose, or through the following link: https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf. As Plaintiff's motion for electronic service at Doc. 150 does not contain the information in the Consent to Electronic Service form, it is DENIED without prejudice to Plaintiff filing the required information.

The Clerk of Court is respectfully directed to terminate the motions pending at Docs. 149 and 150.

SO ORDERED.

Dated: October 3, 2025
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge