UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC ANDREW PEREZ,

                         Plaintiff,

                  - against -

DR. NEIL C. EVANS, *et al.*,

                        Defendants.
-----------------------------------------------------------X

24-CV-356 (VSB)

**ORDER**

      Plaintiff Perez has refiled an identical recusal motion to that previously filed on October 15, 2025, (Doc. 153), and that was denied for the reasons I laid out in my October 28, 2025 Order & Opinion, (Doc. 154.)[1] The motion filed at Doc. 155 is DENIED for same reasons. (Doc. 154.) The Court of Clerk is respectfully directed to terminate the motion filed at Doc. 155.

SO ORDERED.

Dated:    October 30, 2025
            New York, New York

                                                Vernon S. Broderick
                                              United States District Judge

---

[1] The motion filed at Doc. 155 contains a certificate of service (Doc. 155 at 7), whereas the motion filed at Doc. 153 did not, but the substance of the motion is identical.